# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**CLAYTON MOORE,**

    **Plaintiff,**

    v.                                            Case No. 11-CV-720

**WAUKESHA COUNTY SHERIFF,**
**and LT. ACHENSON,**

    **Defendants,**

---

## ORDER

The plaintiff, Clayton Moore, who is proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Pursuant to the Prison Litigation Reform Act, the plaintiff is required to pay the statutory filing fee of $350.00 for this action. See 28 U.S.C. § 1915(b)(1). On August 26, 2011, I ordered the plaintiff to forward to the Clerk of Court by October 10, 2011 the sum of $17.57 as an initial partial filing fee in this action. The plaintiff has not paid this partial filing fee, and I infer that the plaintiff no longer wants to prosecute this action. Therefore, I will dismiss this case without prejudice.

**IT IS THEREFORE ORDERED** that this action be and hereby is dismissed without prejudice for failure to prosecute.

**IT IS ALSO ORDERED** that a copy of this order be sent to the warden of the institution where the inmate is confined.

Dated at Milwaukee, Wisconsin, this 4th day of November 2011.

                                                                   s/_____
                                                                    LYNN ADELMAN
                                                                    District Judge